John DOE, Petitioner–Appellant,

v.

Jeanne S. WOODFORD, in her capacity as Director of the California Department of Corrections; Joseph L. McGrath, Warden, in his capacity as Warden, Pelican Bay State Prison, Respondents–Appellees.

No. 06–16154.

United States Court of Appeals, Ninth Circuit.

Nov. 13, 2007.

Donald Lawrence Lipmanson, Esq., Ukiah, CA, for Petitioner–Appellant.

Dorian Jung, AGCA—Office of the California Attorney General, San Francisco, CA, for Respondents–Appellees.

Before: J. CLIFFORD WALLACE, RICHARD D. CUDAHY,* and M. MARGARET McKEOWN, Circuit Judges.

### ORDER

The opinion filed on August 29, 2007 is hereby withdrawn. Appellant's Petition for Panel Rehearing and for Modification of Published Opinion is rendered moot. A modified opinion will be filed at a later date.